1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC., | Case No. 2:22-cv-03031-SPG (PVCx) |
| Plaintiff, | **ORDER ENTERING AGREED PERMANENT INJUNCTION [ECF NO. 132]** |
| v. | |
| PORTOFINO INTERNATIONAL TRADING USA, INC., et al. | |
| Defendants. | |

On October 18, 2022 Plaintiff Opulent Treasures, Inc. ("Plaintiff") and Defendant Portofino International Trading USA, Inc. ("Defendant," and collectively with Plaintiff, "the Parties") filed a stipulation to the entry of the following Agreed Permanent Injunction.

The Court, having considered the Parties' Stipulation and their settlement of this action, and finding good cause therefor, the Court orders as follows:

1. This Court finds it has jurisdiction over this case pursuant to 15 U.S.C. §1051 et seq. and 28 U.S.C. §§1331, 1332(a), 1337, and 1338;

2. Defendant, its owners, officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with the foregoing are PERMANENTLY ENJOINED from:

a.      Selling, distributing, importing, reselling, advertising, marketing, and promoting, any of Plaintiff's Designs depicted in **Exhibit A** attached hereto, or any of the Accused Products depicted in **Exhibit B** attached hereto;

b.      Representing Defendant's services are in any way sponsored by, approved by, affiliated with, or originated by Plaintiff;

c.      Representing that Defendant is Plaintiff; and

d.      Otherwise competing unfairly with Plaintiff or injuring its business reputation in any manner.

3. Defendant and any entity or individual over which Defendant or its owners have control which may include affiliated companies, agents, distributors, third-party e-commerce platforms or representatives, shall immediately cease and desist from using Plaintiff's Designs depicted in **Exhibit A** attached hereto and any of the Accused Products depicted in **Exhibit B** attached hereto.

4. Defendant and any entity or individual over which Defendant or its owners have control which may include affiliated companies, agents, distributors, third-party e-commerce platforms or representatives, are enjoined from any future use of Plaintiff's Designs depicted in **Exhibit A** attached hereto and any of the Accused Products depicted in **Exhibit B** attached hereto, including advertising, marketing, selling, or rendering any product or service or otherwise using or continuing to use such designs for any purpose.

5. Defendant and any entity or individual over which Defendant or its owners have control which may include affiliated companies, agents, distributors, third-party e-commerce platforms or representatives, are enjoined from making any representation to any person or entity that it/they have authority to use Plaintiff's Designs depicted in **Exhibit A** attached hereto or any of the Accused Products depicted in **Exhibit B** attached hereto.

6. Defendant and any entity or individual over which Defendant or its owners have control which may include affiliated companies, agents, distributors, third-party e-commerce platforms or representatives, are enjoined from making any representation to

any person or entity that it/they or its/their products or services are in any manner associated with, connected to, related to, sponsored by, affiliated with, endorsed by, approved by or recommended by Plaintiff.

7. Defendant and its owners shall use their best efforts to secure and ensure compliance with this Agreed Permanent Injunction and Order by any entity or individual over which Defendant or its owners have control which may include affiliated companies, agents, distributors, third-party e-commerce or representatives.


IT IS SO ORDERED.

Dated: November 2, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 1 |  | 1172 |
| 2 |  | 1739 |
| 3 |  | 1512 / 1513 (base) |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 4 |  | 1739 No Crystal |
| 5 |  | 1172 No Crystal |
| 6 |  | 949 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|---|---|---|
| 7 | N/A | 949 No Crystal |
| 8 |  | 880 |
| 9 |  | 1138 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 10 |  | 836 w/ elements of 1140, 983, 1007, 1636, 1671 |
| 11 |  | 1248 base |
| 12 |  | 1681 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 13 |  | 1107 |
| 14 |  | 1007 |
| 15 |  | 1149 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|---|---|---|
| 16 |  | 898 |
| 17 |  | 899 |
| 18 |  | 1199 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|---|---|---|
| 19 |  | 1371 |
| 20 |  | 1681 |
| 21 |  | 190 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|---|---|---|
| 22 |  | 950 |
| 23 |  | 837 |
| 24 |  | 838 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|-------------------------------|-----------------|
| 25 |  | 1752 |
| 26 |  | 1351 |
| 27 |  | 988 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|---|---|---|
| 28 |  | 989 |
| 29 |  | 1310 |
| 30 |  | 1676 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|---|---|---|
| 31 |  S1540 - S/3 CAKE PLATE, DIA.S-8"X4"H, | 1540 |
| 32 |  | 1541 |
| 33 |  | 691 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|---|---|---|
| 34 |  | 1802 |
| 35 |  | 725 |
| 36 |  | 694 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 37 |  | 1678 |
| 38 |  | 951 (base) |
| 39 |  | 1769 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 40 |  | 585 |
| 41 |  | 954 |
| 42 |  | 1020 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 43 |  | 1539 |
| 44 |  | 861 |
| 45 |  | 861 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|-------------------------------|-----------------|
| 46 |  | 1703 |
| 47 |  | 25 |
| 48 |  | 1676 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|---|---|---|
| 49 |  | 1668 (heart trim) |
| 50 |  | 1666 |
| 51 |  | 625 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 52  |            | 1636            |
| 53  |            | 1547            |
| 54  |            | 857             |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 55  |  | 1146 |
| 56  |  | 948 |
| 57  |  | 1677 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 58 |  | 581 |
| 59 |  | 434 |
| 60 |  | 1266 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 61 |  | 1283 |
| 62 |  | 1275 |
| 63 |  | 1273 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|-------------------------------|-----------------|
| 64 |  | 861 No crystals |
| 65 |  | 1679 |
| 66 |  | 118 |

| Row | Opulent Treasures Product Image | Opulent Style # |
|-----|--------------------------------|-----------------|
| 67 |  | 1150 |

# EXHIBIT B



74-0158GD, 74-0158SV, 74-0158WH, 74-0158BK

74-0214GD, 74-0214SV

22-0533GD

74-0091SV, 74-0091GD



74-0163GD, 74-0163SV, 74-0163WH, 74-01563BK

74-0312GD

74-0337GD, 74-033SV

74-0231BL, 74-0231PK, 74-0231WH



74-0233GD, 74-0233SV

74-0230BL, 74-0230PK, 74-0230WH

22-0534GD, 22-0534SV, 22-0534WH



74-0243GD, 74-0243SV

74-0306GD